# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: MULLENHOUR, RICHARD L. § | Case No. 08-16848 |
| § | |
| § | |
| Debtor(s) § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:15am on 08/19/2011 in Courtroom 201, United States Courthouse, Will County Court Annex Building
57 N. Otttawa Street, Suite 201
Joliet, IL .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 07/06/2011          By: /s/ Michael G. Berland
                                              Trustee

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
(312) 855-1272

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: MULLENHOUR, RICHARD L. | § Case No. 08-16848 |
| | § |
| | § |
| Debtor(s) | § |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,008.21 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 8,008.21 |
| **Balance on hand:** | $ 8,008.21 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,008.21 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MICHAEL G. BERLAND | 1,550.82 | 0.00 | 1,550.82 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,550.82 |
| Remaining balance: | $ 6,457.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | |
|---|---|
| Total to be paid for prior chapter administrative expenses: | $ 0.00 |
| Remaining balance: | $ 6,457.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 6,457.39

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,361.54 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1-2 | HSBC Auto Finance (f/k/a Household Auto Finance Co | 9,176.80 | 0.00 | 4,126.13 |
| 2 | Horizon Bank Na | 3,861.22 | 0.00 | 1,736.11 |
| 3 | Kirby Co. of S.W. Michigan | 1,323.52 | 0.00 | 595.09 |

Total to be paid for timely general unsecured claims: $ 6,457.33
Remaining balance: $ 0.06

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.06

UST Form 101-7-NFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.06

Prepared By: /s/MICHAEL G. BERLAND
Michael G Berland

MICHAEL G. BERLAND
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL 60602
(312) 855-1272

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 08-16848-BWB
Richard L. Mullenhour Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1      User: rgreen      Page 1 of 1      Date Rcvd: Jul 07, 2011
     Form ID: pdf006      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2011.
```
db           +Richard L. Mullenhour,    511 Ramsden Road,    Plano, IL 60545-3029
aty          +Joseph P Doyle,   Law Office of Joseph P Doyle,    105 S Roselle Road,   Suite 203,
               Schaumburg, IL 60193-1631
tr           +Michael G Berland,    1 N LaSalle St,   No.1775,    Chicago, IL 60602-4065
12373082     +Countrywide Home Loans,    450 American St,   Simi Valley, CA 93065-6285
12728871     +HSBC Auto Finance (f/k/a Household Auto Finance Co,    P.O. Box 60130,
               City Of Industry, CA 91716-0130
12902241     +Kirby Co. of S.W. Michigan,    POB 135,   Stevensville, MI 49127-0135
12373085     +United Consumer Finl S,    865 Bassett Rd,   Westlake, OH 44145-1194
12373086     +Us Bank Home Mortgage,    4801 Frederica St,   Owensboro, KY 42301-7441
12392306     +Westgage Resorts,    2801 Old Winter Garden Road,   Ocoee, FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12373083      E-mail/Text: collections@accesshorizon.com Jul 07 2011 23:11:09      Horizon Bank Na,
               515 Franklin Square,    Michigan City, IN 46360
12373084     +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 08 2011 00:12:59      HSBC Auto Finance,
               f/k/a Household Auto Finance Co,    POB 201347,   Arlington, TX 76006-1347
12873612     +E-mail/Text: collections@accesshorizon.com Jul 07 2011 23:11:09      Horizon Bank, N.A.,
               Collection Bank,    502 Franklin Street,   Michigan City, IN 46360-3329
```
                                                                                                                                                                                                                             TOTAL: 3

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 09, 2011**                  **Signature:** _/s/ Joseph Speetjens_