# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: MULLENHOUR, RICHARD L.  §  Case No. 08-16848
§
§
Debtor(s)  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $346,790.00  Assets Exempt: $9,575.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $6,457.48  Claims Discharged
Without Payment: $9,408.06

Total Expenses of Administration: $1,550.82

3) Total gross receipts of $ 8,008.30 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2** ), yielded net receipts of $8,008.30 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $339,220.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,550.82 | 1,550.82 | 1,550.82 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 18,525.00 | 23,538.34 | 14,361.54 | 6,457.48 |
| **TOTAL DISBURSEMENTS** | $357,745.00 | $25,089.16 | $15,912.36 | $8,008.30 |

4)  This case was originally filed under Chapter 7 on June 30, 2008. The case was pending for 40 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _11/07/2011_____   By: _/s/MICHAEL G. BERLAND_____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Time Share Orlando Forida-scheduled | 1129-000 | 8,000.00 |
| Interest Income | 1270-000 | 8.30 |
| **TOTAL GROSS RECEIPTS** | | $8,008.30 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Countrywide Home Loans | 4110-000 | 198,998.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 140,222.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $339,220.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | 2100-000 | N/A | 1,550.82 | 1,550.82 | 1,550.82 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,550.82 | 1,550.82 | 1,550.82 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | HSBC Auto Finance (f/k/a Household Auto Finance Co | 7100-000 | 13,310.00 | 9,176.80 | 0.00 | 0.00 |
| 1 -2 | HSBC Auto Finance (f/k/a Household Auto Finance Co | 7100-000 | N/A | 9,176.80 | 9,176.80 | 4,126.23 |
| 2 | Horizon Bank Na | 7100-000 | 3,711.00 | 3,861.22 | 3,861.22 | 1,736.15 |
| 3 | Kirby Co. of S.W. Michigan | 7100-000 | N/A | 1,323.52 | 1,323.52 | 595.10 |
| NOTFILED | United Consumer Finl S | 7100-000 | 1,504.00 | N/A | N/A | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | 18,525.00 | 23,538.34 | 14,361.54 | 6,457.48 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 08-16848 | Trustee: (520196) MICHAEL G. BERLAND |
| Case Name: MULLENHOUR, RICHARD L. | Filed (f) or Converted (c): 06/30/08 (f) |
| | §341(a) Meeting Date: 07/28/08 |
| Period Ending: 11/07/11 | Claims Bar Date: 12/24/08 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 2208 Joyce Street, Benton Harbor-scheduled | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 511 Ramsden, Plano, Ill-scheduled | 190,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Time Share Orlando Forida-scheduled  (See Footnote) | 16,500.00 | 8,000.00 | | 8,000.00 | FA |
| 4 | Time share Orlando Florida-scheduled  Payment  of $8000 related to assets 3 & 4. | 9,300.00 | 0.00 | | 0.00 | FA |
| 5 | Checking First Source bank-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | Household goods-scheduled | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Books, pictures etc-scheduled | 100.00 | 0.00 | DA | 0.00 | FA |
| 8 | Wearing apparel-scheduled | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance-scheduled | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2007 Chrysler pt Cruiser-scheduleld | 5,115.00 | 0.00 | DA | 0.00 | FA |
| 11 | Costume jewelry-scheduled | 75.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 8.30 | Unknown |
| 12 | Assets  Totals (Excluding unknown values) | $372,590.00 | $8,000.00 | | $8,008.30 | $0.00 |

RE PROP# 3      Payments relate to settlement for Assets 3 & 4

**Major Activities Affecting Case Closing:**

The Trustee determined there was equity in two time shares and negotiated a settlement, which was approved by the bankruptcy court.

Initial Projected Date Of Final Report (TFR):      December 31, 2011      **Current Projected Date Of Final Report (TFR):**      December 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-16848 | |
| Case Name: | MULLENHOUR, RICHARD L. | |
| | | |
| Taxpayer ID #: | **-***9589 | |
| Period Ending: | 11/07/11 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****63-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/04/08 | {3} | Richard Mulenhour | Partial payment of settlement | 1129-000 | 1,700.00 | | 1,700.00 |
| 11/04/08 | {3} | Richard Mullenhour | correction of deposit amount for deposit 100001-1 | 1129-000 | 2,700.00 | | 4,400.00 |
| 11/04/08 | {3} | Reversal of Deposit ot Correct Deposit Amount | Reversal of Deposit to Correct Deposit Amount | 1129-000 | -1,700.00 | | 2,700.00 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.1000% | 1270-000 | 0.16 | | 2,700.16 |
| 12/03/08 | {3} | Richard Mullenhour | Partial payment of settlement per court order | 1129-000 | 2,700.00 | | 5,400.16 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 5,400.49 |
| 01/13/09 | {3} | Richard Mulenhour | Payment due per settlement | 1129-000 | 2,600.00 | | 8,000.49 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.27 | | 8,000.76 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 8,001.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 8,001.40 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 8,001.72 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.31 | | 8,002.03 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 8,002.37 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 8,002.70 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 8,003.03 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 8,003.35 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 8,003.67 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 8,004.00 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.33 | | 8,004.33 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.31 | | 8,004.64 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 8,004.94 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.35 | | 8,005.29 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.05 | | 8,005.34 |
| 04/06/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -8,005.34 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | | -8,005.34 | 0.00 |
| **Subtotal** | | **8,005.34** | |
| Less: Payments to Debtors | | | 0.00 |
| **NET Receipts / Disbursements** | | **$8,005.34** | **$0.00** |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 08-16848 | |
| Case Name: | MULLENHOUR, RICHARD L. | |
| Taxpayer ID #: | **-***9589 | |
| Period Ending: | 11/07/11 | |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****63-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-16848 | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | MULLENHOUR, RICHARD L. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******63-65 - Money Market Account |
| Taxpayer ID #: | **-***9589 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/07/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******6365 | Wire in from JPMorgan Chase Bank, N.A. account *******6365 | 9999-000 | 8,005.34 | | 8,005.34 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.38 | | 8,005.72 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,006.19 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,006.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,007.13 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.48 | | 8,007.61 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.67 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.73 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.79 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.85 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.91 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,007.97 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,008.03 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,008.09 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,008.15 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,008.21 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.06 | | 8,008.27 |
| 08/15/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 8,008.30 |
| 08/15/11 | | To Account #9200******6366 | Transfer for purpose of final distribution | 9999-000 | | 8,008.30 | 0.00 |

|  |  | ACCOUNT TOTALS | 8,008.30 | 8,008.30 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 8,005.34 | 8,008.30 | |
| | | Subtotal | 2.96 | 0.00 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $2.96 | $0.00 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 08-16848 |
| Case Name: | MULLENHOUR, RICHARD L. |
| Taxpayer ID #: | **-***9589 |
| Period Ending: | 11/07/11 |

| | |
|---|---|
| Trustee: | MICHAEL G. BERLAND (520196) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******63-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/15/11 | | From Account #9200******6365 | Transfer for purpose of final distribution | 9999-000 | 8,008.30 | | 8,008.30 |
| 08/24/11 | 10101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,550.82, Trustee Compensation;  Reference: | 2100-000 | | 1,550.82 | 6,457.48 |
| 08/24/11 | 10102 | HSBC Auto Finance (f/k/a Household Auto Finance Co | Dividend paid  44.96% on $9,176.80; Claim# 1 -2; Filed: $9,176.80; Reference: | 7100-000 | | 4,126.23 | 2,331.25 |
| 08/24/11 | 10103 | Horizon Bank Na | Dividend paid  44.96% on $3,861.22; Claim# 2; Filed: $3,861.22; Reference: | 7100-000 | | 1,736.15 | 595.10 |
| 08/24/11 | 10104 | Kirby Co. of S.W. Michigan | Dividend paid  44.96% on $1,323.52; Claim# 3; Filed: $1,323.52; Reference: | 7100-000 | | 595.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **8,008.30** | **8,008.30** | **$0.00** |
| Less: Bank Transfers | 8,008.30 | 0.00 | |
| **Subtotal** | **0.00** | **8,008.30** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$8,008.30** | |

| | |
|---|---|
| Net Receipts : | 8,008.30 |
| Net Estate : | $8,008.30 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-****63-65** | **8,005.34** | **0.00** | **0.00** |
| **Checking # ***-*****63-66** | **0.00** | **0.00** | **0.00** |
| **MMA # 9200-******63-65** | **2.96** | **0.00** | **0.00** |
| **Checking # 9200-******63-66** | **0.00** | **8,008.30** | **0.00** |
| | **$8,008.30** | **$8,008.30** | **$0.00** |